IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JESSICA SILVA,                                                    Case No. 3:20-cv-00303-JR

        Plaintiff,
                                                                 ORDER
      v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

_____

RUSSO, Magistrate Judge:

      IT IS HEREBY ORDERED pursuant to 42 USC 406(b), an attorney fee in the

amount of $19,812.12 pursuant to Section 206(b)(1) of the Social Security Act, 42 USC

406(b)(1). After credit has been taken for EAJA fees paid in the amount of $3,426.97,

the net fee due plaintiff's counsel is $16,385.15.

IT IS SO ORDERED:

      DATED this 22nd day of April, 2024.

                             _____
                                /s/ Jolie A. Russo
                                  JOLIE A. RUSSO
                             United States Magistrate Judge